E-FILED; Baltimore County Circuit Court
Docket: 12/11/2019 12:02 PM; Submission: 12/11/2019 12:02 PM

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND
### Civil Division

| | |
|---|---|
| Janine Wise<br>3110 Saint Lukes Lane<br>Gwynn Oak, MD 21207<br><br>    Plaintiff,<br><br>v.<br><br>Dennis Lee Umbrell<br>178 Milton Grove Road South<br>Elizabethtown, PA 17022<br><br>and<br><br>Umbrell Trucking, LLC<br>796 Hereford Road<br>Elizabethtown, PA 17022<br><br>    Defendants. | Case No.: C-03-CV-19-004680 |

### COMPLAINT AND JURY DEMAND

COMES NOW, Plaintiff Janine Wise, by and through her attorneys, John J. Yannone, Arren T. Waldrep, and Price Benowitz, LLP, and hereby files this Complaint against Defendants Dennis Umbrell, and Umbrell Trucking, LLC, and in support thereof states as follows:

### PARTIES

1. Plaintiff Janine Wise ("Wise") is an adult resident of Maryland, residing at 3110 Saint Lukes Lane, Gwynn Oak, MD 21207.

2. Defendant Dennis Umbrell ("Umbrell") is an adult resident and domiciliary of Pennsylvania residing at 178 Milton Grove Road South, Elizabethtown, PA 17022.

1

EXHIBIT 2

**p50789 s/b n66592**

3. Defendant Umbrell Trucking, LLC ("Umbrell Trucking") is a corporation which is registered to do business, and which does conduct business, in the State of Pennsylvania with a principal place of business at 796 Hereford Road, Elizabethtown, PA 17022. Upon information and belief, and at all times relevant hereto, Defendant Umbrell was an agent, servant, and/or employee of Defendant Umbrell Trucking and was carrying out his affairs for the benefit of Defendant Umbrell Trucking.

## JURISDICTION AND VENUE

4. This action arises out of an automobile collision that took place on March 29, 2018, on Interstate 695 in Baltimore County.

5. Maryland is the proper venue, pursuant to MD. CODE ANN., CTS. & JUD. PROC. §6-202(8), as the aforementioned cause of action arose in Baltimore County, Maryland.

6. Subject matter jurisdiction of this Court is invoked pursuant to MD. CODE ANN., CTS. & JUD. PROC. §§1-501, 4-402, *et seq.*, as Plaintiff is seeking damages in excess of $30,000.

7. Pursuant to Maryland Rule 2-305 Plaintiff is seeking damages in excess of $75,000.00.

8. Personal jurisdiction of this Court is invoked pursuant to MD. CODE ANN., CTS. & JUD. PROC. §6-103 as the cause of action arose in the State of Maryland.

9. Plaintiff hereby demands a jury trial on the allegations below.

## STATEMENT OF FACTS

10. On March 29, 2018, Plaintiff was traveling on Interstate 695, at or near the Exit onto Falls Road, slowed for traffic.

2

11. At approximately 10:10 a.m. on the aforementioned date, Defendant Umbrell was operating a 2002 KW Trailer Truck, owned by Defendant Umbrell Trucking, on Interstate 695, at or near the Exit onto Falls Road, directly behind Plaintiff's vehicle.

12. Suddenly and without warning, Defendant Umbrell failed to pay full time and attention, failed to slow down, and violently struck the rear of Plaintiff's vehicle, causing significant injury to her person.

13. At all times relevant hereto, Defendant Umbrell, operated his vehicle in a dangerous and unsafe manner, failed to control the speed of his vehicle on a highway to avoid a collision, failed to properly and timely bring his vehicle to a stop to avoid a collision, was driving a vehicle in a careless and imprudent manner endangering property, life, and person, and suddenly and without warning, caused a collision with Plaintiff's vehicle.

14. As a result of impact from the collision, Plaintiff was thrown about the interior of her vehicle, causing her immediate, severe, permanent and significant injuries, including, but not limited to, her neck, arm, back and shoulders.

15. Plaintiff did not cause or contribute to the subject collision.

16. At all times relevant hereto, Defendant Umbrell was the actual and/or apparent agent of Defendant Umbrell Trucking, and was acting on behalf of, and for the benefit of, Defendant Umbrell Trucking.

### COUNT I: Negligence
### (Defendant Dennis Umbrell)

17. Plaintiff re-alleges and incorporates by reference all of the facts and allegations of the aforementioned paragraphs as if fully set forth herein, and further alleges:

18. At all times relevant hereto, Defendant Umbrell had a duty to act reasonably and to use due care while operating his vehicle.

3

19. In particular, Defendant Umbrell had a duty to, *inter alia*, pay full time and attention, maintain proper and adequate control of his vehicle, stop in time to avoid a collision, and obey the laws and rules of the State of Maryland.

18. Defendant Umbrell breached that duty of care, and the above-mentioned collision was caused by the recklessness, carelessness, and/or negligence of Defendant Umbrell, in that Defendant, among other acts and omissions:

   a. Failed to stop in time in order to avoid a collision;

   b. Failed to exercise reasonable due care and precaution in the operation of his motor vehicle under the circumstances then and there existing;

   c. Failed to see what there was to be seen;

   d. Failed to reduce the speed of the vehicle he was operating in time to avoid a collision with Plaintiff's vehicle;

   e. Failed to use due care and precaution and to maintain adequate control of his vehicle;

   f. Failed to obey the laws and statutes of the State of Maryland; and

   g. Was otherwise negligent, in other respects not now known to Plaintiff but which may become known prior to and/or at the time of trial.

19. A reasonably prudent person in Defendant Umbrell's position would not have struck Plaintiff's vehicle.

20. As a direct and proximate result of Defendant Umbrell's negligent conduct in the operation of his vehicle, Plaintiff sustained severe, significant and permanent injuries.

21. As a direct and proximate result of the negligence and carelessness of Defendant Umbrell, Plaintiff has suffered, and will continue to suffer; severe and permanent physical injuries;

4

great physical pain; severe, substantial and permanent emotional distress and mental anguish; and a diminished capacity for the enjoyment of life.

22. As a direct and proximate result of the negligence and carelessness of Defendant Umbrell, Plaintiff has undergone and will continue to undergo substantial medical treatment, and has incurred and will continue to incur: substantial medical costs and related expenses to alleviate her injuries, pain and suffering; lost earnings; lost employment opportunities; loss of time and enjoyment from her customary leisure, and recreational activities; an impairment of her customary normal activities of daily living, employment, leisure, and recreational activities; and otherwise was hurt, injured and caused to sustain losses.

23. Plaintiff's losses and damages were directly and proximately caused by the aforementioned negligence of Defendant Umbrell and were incurred without any negligence on the part of the Plaintiff contributing thereto.

WHEREFORE, Plaintiff Janine Wise demands a jury trial, judgment from and against Defendant Dennis Lee Umbrell, for a sum in Excess of Seventy-Five Thousand Dollars ($75,000.00), plus pre and post-judgment interest, costs and attorney's fees as this Honorable Court deems necessary and appropriate.

## COUNT II: Agency
### (Defendant Umbrell Trucking)

24. Plaintiff re-alleges and incorporates by reference all of the facts and allegations of the aforementioned paragraphs as if fully set forth herein and further alleges:

25. At all times relevant hereto, Defendant Umbrell Trucking was the employer of Defendant Umbrell.

26. Defendant Umbrell Trucking gave express permission and direction to Defendant Umbrell to operate, use, and control the motor vehicle described above on March 29, 2018;

5

27.  Upon information and belief, at all times relevant hereto, including March 29, 2018, Defendant Umbrell was acting as the agent, and/or servant of Defendant Umbrell Trucking, and Defendant Umbrell was operating the motor vehicle pursuant to Defendant Umbrell Trucking's order and/or direction, and Defendant Umbrell was carrying out the affairs for the benefit of Defendant Umbrell Trucking.

28.  As the principal for Defendant Umbrell, Defendant Umbrell Trucking is responsible for all of the acts and/or omissions committed by Defendant Umbrell, who was Defendant Umbrell Trucking's actual and/or apparent agent, servant, employee, and/or independent contractor acting within the course and scope of his actual and/or apparent agency and/or employment under the doctrine of vicarious liability and/or *respondeat superior*.

29.  As a direct and proximate result of the negligence of Defendant Umbrell, Plaintiff has suffered and will continue to suffer severe, debilitating physical injuries, and severe substantial emotional distress and mental anguish, and a diminished capacity for the enjoyment of life.

30.  As a further result of the negligence and carelessness of Defendant Umbrell, Plaintiff has incurred, and will continue to incur, substantial medical and related expenses to alleviate her injuries, pain and suffering, lost wages, lost employment opportunity, loss of time and enjoyment from her customary leisure and recreational activities, and impairment of her customary leisure and recreational activities.

31.  All of Plaintiff's losses and damages were directly and proximately caused by the aforementioned negligence of Defendant Umbrell and were incurred without contributory negligence or assumption of the risk on the part of Plaintiff and without an opportunity for Plaintiff to avoid the accident.

6

WHEREFORE, Plaintiff Janine Wise demands a jury trial, judgment from and against Defendant Umbrell Trucking, LLC, for a sum in excess of Seventy-Five Thousand ($75,000.00) Dollars plus pre and post-judgment interest, costs and attorney's fees as this Honorable Court deems necessary and appropriate.

Respectfully submitted,

PRICE BENOWITZ, LLP

By: _____
John J. Yannone, Esq. (CPF#8706010430)
Arren Waldrop, Esq. (CPF#1106150278)
409 7th Street, NW, Suite 200
Washington, D.C. 20004
John@pricebenowitzlaw.com
Arren@pricebenowitzlaw.com
Tel: (202) 417-6000
Fax: (301) 244-6659
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

_____
John J. Yannone, Esq.

7

## RULE 1-313 CERTIFICATE

I certify that I am admitted to the practice of law in the State of Maryland, that my Maryland bar status is current and active, and that my District of Columbia office is located at the address listed above.

12-9-2019
Date

_____
John J. Yannone, Esq.

_____
Date

_____
Arren T. Waldrep, Esq.

8

E-FILED; Baltimore County Circuit Court
Docket: 12/11/2019 12:02 PM; Submission: 12/11/2019 12:02 PM

C-03-CV-19-004680

IN THE CIRCUIT COURT FOR Baltimore County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant*: You must file an Information Report as required by Rule 2-323(h).
*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER _____ (Clerk to Insert)

CASE NAME: Janine Wise  vs.  Dennis Lee Umbrell, et al
             Plaintiff                        Defendant

PARTY'S NAME: Janine Wise                                 PHONE:
PARTY'S ADDRESS: 3110 Saint Lukes Lane, Gwynn Park, MD 21207
PARTY'S E-MAIL:

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Arren Waldrep                    PHONE: 202-417-6023
PARTY'S ATTORNEY'S ADDRESS: 409 7th Street, NW, Washington, DC 20004
PARTY'S ATTORNEY'S E-MAIL: arren@pricebenowitzlaw.com

JURY DEMAND? ☒Yes ☐No
RELATED CASE PENDING? ☐Yes ☒No If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ____ hours  3 days

### PLEADING TYPE

New Case: ☒Original  ☐Administrative Appeal  ☐Appeal
Existing Case: ☐Post-Judgment  ☐Amendment
*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)                   Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above,* mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000    ☐ $10,000 - $30,000    ☒ $30,000 - $100,000    ☐ Over $100,000 |
| ☐ Medical Bills $_____    ☒ Wage Loss $_____    ☐ Property Damages $_____ |
| **ALTERNATIVE DISPUTE RESOLUTION INFORMATION** |
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply). <br> A. Mediation    ☒Yes  ☐No          C. Settlement Conference   ☒Yes  ☐No <br> B. Arbitration   ☐Yes  ☒No          D. Neutral Evaluation      ☒Yes  ☐No |
| **SPECIAL REQUIREMENTS** |
| ☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041 |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049 |
| **ESTIMATED LENGTH OF TRIAL** |
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.  (Case will be tracked accordingly)* <br> ☐ 1/2 day of trial or less          ☒ 3 days of trial time <br> ☐ 1 day of trial time              ☐ More than 3 days of trial time <br> ☐ 2 days of trial time |
| **BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM** |
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.* <br> ☐ Expedited- Trial within 7 months of      ☐ Standard - Trial within 18 months of <br>    Defendant's response                        Defendant's response |
| **EMERGENCY RELIEF REQUESTED** |

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* |
| ☐ Expedited - Trial within 7 months of Defendant's response    ☐ Standard - Trial within 18 months of Defendant's response |
| *IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.* |

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

December 9, 2019
Date

409 7th Street, NW
Address

Washington   DC   20004
City   State   Zip Code

/s/ Arren Waldrep
Signature of Counsel / Party

Arren Waldrep (CPF#1106150278)
Printed Name

CC-DCM-002 (Rev. 04/2017)    Page 3 of 3