IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANINE WISE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 20-CV-00382-ADC |
| DENNIS LEE UMBRELL, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS DENNIS LEE UMBRELL AND UMBRELL TRUCKING, LLC

Please enter the appearance of Scarlett M. Corso, Esquire, Franklin & Prokopik, P.C., Two North Charles Street, Suite 600, Baltimore, Maryland 21201, as additional counsel for Defendants Dennis Lee Umbrell and Umbrell Trucking, LLC.

Respectfully submitted,

/s/
Scarlett M. Corso, Esq. (#30017)
FRANKLIN & PROKOPIK, P.C.
Two North Charles St., Suite 600
Baltimore, MD 21201
(410) 230-2973
(410) 752-6868 – FAX
scorso@fandpnet.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March 2020, a copy of the foregoing Entry of Appearance of Additional Counsel was served electronically through CM/ECF system upon:

John J. Yannone, Esq.
Arren T. Waldrep, Esq.
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
*Attorney for Plaintiff*

/s/
Scarlett M. Corso (#30017)